SORRENTO CHEESE COMPANY, INC. *v.*
MARIO A. SILVESTRI ET AL.

SORRENTO CHEESE COMPANY, INC. *v.* ANNE V.
SILVESTRI, EXECUTRIX (ESTATE OF
MARIO A. SILVESTRI)
(8753)

SPALLONE, DALY and LANDAU, Js.

Argued November 1—decision released November 9, 1990

*Helen L. McGonigle,* for the appellant (plaintiff).

*Edward J. Gallagher,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.